

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,711

### EX PARTE RICHARD MCBRAYER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1043288D IN THE 297TH DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to fifteen years' imprisonment. He did not appeal his conviction.

Applicant contends, among other things, that because trial counsel failed to object, he was denied his right to appeal an August 17, 2009 order, amending the judgment and sentence. Based on our own independent review of the record, we conclude that there was a breakdown in the system, *Ex parte Riley*, 193 S.W.3d 900, 902 (Tex. Crim. App. 2006), and that Applicant is entitled to an

out-of-time appeal of the August 17 order in cause number 1043288D from the 297th District Court of Tarrant County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal of the August 17 order. Within ten days of the issuance of this opinion, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wishes to be represented by counsel, the trial court shall immediately appoint an attorney to represent him on direct appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues. Applicant's remaining claims are dismissed. *Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: January 11, 2012
Do Not Publish